# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136576(54)

CHARLES WRIGHT,
      Plaintiff-Appellant,

v

MONICA MARIE WRIGHT,
      Defendant-Appellee.

SC: 136576
COA: 281918
Washtenaw CC: 06-000800-DM

_____/

      On order of the Court, the motion for reconsideration of this Court's July 18, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

_____
Clerk

d0915